UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**LEE M. PERLMAN**
Attorney at Law
1926 Greentree Road, Suite 100
Cherry Hill, New Jersey 08003
856-751-4224
Attorney for Debtor(s)

RE: JENNIFER RATHGEB

Order Filed on August 17, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 21-15897

Chapter 13

Hearing Date: 08/17/21

Judge: JNP

## ORDER ON MOTION FOR CONTINUATION OF THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through (2) is hereby **ORDERED.**

**DATED: August 17, 2021**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The above-captioned matter having come on for hearing on August 17, 2021 before the undersigned Judge presiding, United States Bankruptcy Court for the District of New Jersey, upon the Motion by the debtor for continuing the automatic stay under provisions of 11 U.S.C. Section 362(c)(3)(B), and it appearing to the Court that the debtor was present, represented by their attorney, Lee M. Perlman, that the standing Trustee was present, and after having reviewed the matters of record in this proceeding and the arguments of counsel, the Court finds the following:

1. The debtor initiated this Chapter 13 proceeding by the filing of a Petition on July 21, 2021.

2. The debtor filed their Motion for Continuation of the Automatic Stay due to their concern that the provisions of 11 U.S.C. Section 362(c)(3) would apply in their Chapter 13 Petition, due to the fact that the Debtor had a case pending in the Bankruptcy Court in the year prior to their filing.

3. The debtor has shown that their Chapter 13 Case No. 21-15897-JNP is filed in good faith.

**WHEREFORE**, based on the foregoing,

IT IS HEREBY ORDERED that the automatic stay provisions of the Bankruptcy Code remain in full force and effect for all creditors in Case No. 21-15897-JNP.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-15897-JNP |
| Jennifer M. Rathgeb | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 1 |
| Date Rcvd: Aug 19, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jennifer M. Rathgeb, 306 Anna Avenue, Maple Shade, NJ 08052-3203 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2021      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor FirstKey Master Funding 2021-A Collateral Trust bkecf@milsteadlaw.com  alubin@milsteadlaw.com |
| Brian C. Nicholas | on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Lee Martin Perlman | on behalf of Debtor Jennifer M. Rathgeb ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5