Printed on: 12/31/2021
ISABEL C. BALBOA [*ICB-99001-00*]

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2021 to 12/31/2021
**Case Number: 21-15897 (JNP)**

Monthly Payment: $950.00
Payments / Month: 1
Current Trustee Comp.: 8.40%

Jennifer M. Rathgeb
306 Anna Avenue
Maple Shade, NJ  08052

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 08/23/2021 | $950.00 | 08/30/2021 | $475.00 | 09/13/2021 | $475.00 | 09/30/2021 | $475.00 |
| 10/12/2021 | $475.00 | 11/15/2021 | $475.00 | 12/08/2021 | $475.00 | 12/30/2021 | $237.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | JENNIFER M. RATHGEB | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | LAW OFFICES OF LEE M. PERLMAN | 13 | $3,100.00 | $0.00 | $3,100.00 | $0.00 |
| 1 | CAPITAL ONE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | CITIBANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | CREDIT COLLECTION SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | LVNV FUNDING, LLC | 33 | $1,199.57 | $0.00 | $1,199.57 | $0.00 |
| 5 | SELECT PORTFOLIO SERVICING, INC. | 24 | $62,148.41 | $0.00 | $62,148.41 | $0.00 |
| 6 | GARY DAVIS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | KEYBANK, N.A. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | LVNV FUNDING, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | MIDLAND CREDIT MANAGEMENT, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | MIDLAND FUNDING | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | NATIONSTAR MORTGAGE, LLC | 24 | $466.36 | $0.00 | $466.36 | $0.00 |
| 12 | PRESSLER, FELT & WARSHAW, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | QUANTUM3 GROUP, LLC | 33 | $945.35 | $0.00 | $945.35 | $0.00 |
| 14 | U.S. BANK NATIONAL ASSOCIATION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | LEE MARTIN PERLMAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | PNC BANK, N.A. | 33 | $2,192.18 | $0.00 | $2,192.18 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 08/01/2021 | 8.00 | $950.00 |
| 04/01/2022 | 52.00 | $1,485.00 |
| 08/01/2026 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| | |
|---|---|
| Total payments received this period: | $4,037.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $3,697.89 |
| Arrearages: | $713.00 |
| Attorney: | LAW OFFICES OF LEE M. PERLMAN |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN
WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**