| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>ROMANO GARUBO & ARGENTIERI<br>Emmanuel J. Argentieri, Esquire<br>52 Newton Avenue, P.O. Box 456<br>Woodbury, New Jersey 08096<br>(856) 384-1515<br>Attorney for Secured Creditor,<br>Citigroup Mortgage Loan Trust 2021-RP6 | |
| JENNIFER M. RATHGEB<br><br>xxx-xx-8300<br><br>               Debtor. | Case No.:    21-15897<br><br>Chapter:    13<br><br>Judge:    JNP<br><br>**NEW Hearing Date**: January 24, 2023 at 11:00 a.m.<br><br>(Old Hearing Date:  January 17, 2023 at 11:00 a.m.) |

## CERTIFICATION OF SERVICE

1.     I, Jill P. Trafton:

    ☐ represent the _____ in the above-captioned matter.

    ☑ am the secretary/paralegal for Romano Garubo & Argentieri, who represents the above-referenced secured creditor in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2.     On January 16, 2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Certification of service with NEW MFR HEARING DATE FOR US BANK'S MFR.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: January 16, 2023  /s/ JILL P. TRAFTON
JILL P. TRAFTON

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Jennifer M. Rathgeb<br>306 Anna Avenue<br>Maple Shade, NJ 08052 | Debtor | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |
| Isabel C. Balboa<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Certified Mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |
| Lee Martin Perlman<br>Lee M. Perlman<br>1926 Greentree Road<br>Suite 100<br>Cherry Hill, NJ 08003 | Debtor's Attorney | ☐ Hand-delivered<br>☐ Certified Mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |