Printed on: 12/31/2022  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 21-15897 (JNP)

Jennifer M. Rathgeb  
306 Anna Avenue  
Maple Shade, NJ  08052

Monthly Payment: $1,485.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2022 to 12/31/2022**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/05/2022 | $237.00 | 01/19/2022 | $475.00 | 02/02/2022 | $475.00 | 02/17/2022 | $1,426.00 |
| 03/17/2022 | $475.00 | 03/31/2022 | $475.00 | 04/12/2022 | $475.00 | 05/03/2022 | $475.00 |
| 05/17/2022 | $475.00 | 06/01/2022 | $475.00 | 06/14/2022 | $475.00 | 06/28/2022 | $475.00 |
| 07/07/2022 | $475.00 | 07/26/2022 | $475.00 | 08/09/2022 | $475.00 | 08/23/2022 | $475.00 |
| 09/06/2022 | $475.00 | 09/20/2022 | $475.00 | 10/04/2022 | $475.00 | 10/13/2022 | $475.00 |
| 11/01/2022 | $475.00 | 11/15/2022 | $475.00 | 11/29/2022 | $475.00 | 12/13/2022 | $475.00 |
| 12/28/2022 | $475.00 | | | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | JENNIFER M. RATHGEB | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | LAW OFFICES OF LEE M. PERLMAN | 13 | $3,100.00 | $3,100.00 | $0.00 | $0.00 |
| 1 | CAPITAL ONE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | CITIBANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | CREDIT COLLECTION SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | LVNV FUNDING, LLC | 33 | $1,199.57 | $0.00 | $1,199.57 | $0.00 |
| 5 | SELECT PORTFOLIO SERVICING, INC. | 24 | $62,148.41 | $10,755.70 | $51,392.71 | $0.00 |
| 6 | GARY DAVIS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | KEYBANK, N.A. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | LVNV FUNDING, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | MIDLAND CREDIT MANAGEMENT, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | MIDLAND FUNDING | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | RUSHMORE LOAN MANAGEMENT SERVICES | 24 | $466.36 | $63.70 | $402.66 | $0.00 |
| 12 | PRESSLER, FELT & WARSHAW, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | QUANTUM3 GROUP, LLC | 33 | $945.35 | $0.00 | $945.35 | $0.00 |
| 14 | U.S. BANK NATIONAL ASSOCIATION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | LEE MARTIN PERLMAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | PNC BANK, N.A. | 33 | $2,192.18 | $0.00 | $2,192.18 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 08/01/2021 | 8.00 | $950.00 |
| 04/01/2022 | 52.00 | $1,485.00 |
| 08/01/2026 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $12,588.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $1,302.45 |
| Arrearages: | $4,340.00 |
| Attorney: | LAW OFFICES OF LEE M. PERLMAN |

Case 21-15897-JNP    Doc 35    Filed 01/26/23    Entered 01/26/23 22:33:43    Desc Main

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**