Certificate of Notice    Page 1 of 5

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Law Offices of Lee M. Perlman**<br>1926 Greentree Road<br>Cherry Hill, NJ 08003<br>(t) 856-751-4224<br>(f) 888-635-5933<br>ecf@newjerseybankruptcy.com<br>Counsel for the Debtor | Order Filed on February 27, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>Jennifer Rathgeb<br><br>Debtor(s) | Case No:    21-15897<br>Chapter:    13<br>Hearing Date:    February 14, 2023<br>Honorable    Jerrold N. Poslusny Jr. |

## ORDER RESOLVING MOTION FOR RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following page(s), numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: February 27, 2023**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2
In re: Jennifer Rathgeb
Case No.: 21-15897
Caption of Order: Resolving motion for relief from the automatic stay

This matter having come before the court upon the motion of Citigroup Mortgage Loan Trust 2021-RP6 ("creditor"), by and through counsel, and upon the objection of Jennifer Rathgeb ("debtor"), by and through counsel, and for good cause shown; it is hereby **ORDERED:**

1. The debtor's post-petition mortgage account is due for November 1, 2022, to February 1, 2023.

    a. The debtor is overdue for 4 payments at $ 1020.15, less a suspense balance of $ 279.85.

    b. The debtor's post-petition mortgage account is currently due for $ 3700.75.

2. The debtor shall cure all post-petition arrears as follows:

    a. Immediate payment of the sum of $ 3700.75 to the creditor not later than February 28, 2023.

3. Beginning on March 1, 2023, the debtor shall resume payments of $ 1020.15, or in such other amount as may be required by a timely notice of post-petition mortgage payment change.

4. In the Event of Default:

    a. If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

Page 3
In re: Jennifer Rathgeb
Case No.: 21-15897
Caption of Order: Resolving motion for relief from the automatic stay

5. Award of Attorney Fees:

   a. Creditor is hereby awarded costs and fees of $ 538.00, such costs and fees shall be payable through the debtor's Chapter 13 bankruptcy plan as an administrative expense.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-15897-JNP |
| Jennifer M. Rathgeb | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 27, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jennifer M. Rathgeb, 306 Anna Avenue, Maple Shade, NJ 08052-3203 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2023                Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor FirstKey Master Funding 2021-A Collateral Trust nj-ecfmail@mwc-law.com alubin@milsteadlaw.com |
| Brian C. Nicholas | on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Emmanuel J. Argentieri | on behalf of Creditor Citigroup Mortgage Loan Trust 2021-RP6 bk@rgalegal.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Lee Martin Perlman | on behalf of Debtor Jennifer M. Rathgeb ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| U.S. Trustee | |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 27, 2023 | Form ID: pdf903 | Total Noticed: 1 |

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6