UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*
**Isabel C. Balboa, Esquire (IB 4082)**
**Cherry Tree Corporate Center**
**535 Route 38, Suite 580**
**Cherry Hill, New Jersey 08002**
**(856) 663-5002**

In Re:

Jennifer M. Rathgeb,

Debtor.

Case No. 21-15897    JNP

Judge:    Jerrold N. Poslusny, Jr.

**STIPULATION ADJUSTING
TRUSTEE PAYMENTS**

**WHEREAS,** a review of Debtor's case by the Chapter 13 Standing Trustee's Office revealed that Debtor's monthly Trustee payments should be recalculated, and good cause having been shown, and

**WHEREAS,** the Trustee and Debtor's counsel have agreed to resolve the adjustment in Trustee payments by this Stipulation;

**NOW THEREFORE,** the Trustee and counsel for Debtor hereby agree as follow:

1.    Debtor's case be and is hereby allowed to continue at $19,475.00 total receipts applied to plan, then $1,467.00 per month for the remaining forty (40) months with an amended wage order commencing April 1, 2023, for a total of sixty (60) months.

2.    **An amended Order to Employer to pay the Chapter 13 Trustee shall be prepared and filed with the Court by the debtor(s) or debtor(s)' attorney, if any, within thirty (30) days from the date of this Stipulation.**

**IT IS STIPULATED** that all other terms set forth in the Order Confirming Plan entered on December 15, 2021 remain in effect.

_____
Lee M. Perlman, Esquire,
Attorney for Debtor

_____
Isabel C. Balboa,
Chapter 13 Standing Trustee

Dated: 4/12/23

Dated: 4/18/2023