Form 173 − hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 21−15897−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jennifer M. Rathgeb
   306 Anna Avenue
   Maple Shade, NJ 08052

Social Security No.:
   xxx−xx−8300

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:         May 30, 2023
Time:         11:00 AM
Location:     4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*41* − Certification in Opposition to (related document:40 Creditor's Certification of Default (related document:31 Motion for Relief from Stay re: 306 Anna Avenue, Maple Shade NJ. Fee Amount $ 188. filed by Creditor Citigroup Mortgage Loan Trust 2021−RP6, 37 Order on Motion For Relief From Stay) filed by Emmanuel J. Argentieri on behalf of Citigroup Mortgage Loan Trust 2021−RP6. Objection deadline is 05/8/2023. (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Certificate of Service) filed by Creditor Citigroup Mortgage Loan Trust 2021−RP6) filed by Lee Martin Perlman on behalf of Jennifer M. Rathgeb. (Attachments: # 1 Statement as to Why No Brief is Necessary # 2 Exhibit) (Perlman, Lee)

and transact such other business as may properly come before the meeting.


Dated: May 8, 2023
JAN:

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court<br>District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-15897-JNP |
| Jennifer M. Rathgeb | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: May 08, 2023 | Form ID: 173 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2023:**

**Recip ID      Recipient Name and Address**
db        + Jennifer M. Rathgeb, 306 Anna Avenue, Maple Shade, NJ 08052-3203

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2023        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2023 at the address(es) listed below:**

**Name**        **Email Address**

Andrew M. Lubin
       on behalf of Creditor FirstKey Master Funding 2021-A Collateral Trust nj-ecfmail@mwc-law.com  alubin@milsteadlaw.com

Brian C. Nicholas
       on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

Emmanuel J. Argentieri
       on behalf of Creditor Citigroup Mortgage Loan Trust 2021-RP6 bk@rgalegal.com

Isabel C. Balboa
       on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
       ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Lee Martin Perlman
       on behalf of Debtor Jennifer M. Rathgeb ecf@newjerseybankruptcy.com
       mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

| District/off: 0312-1 | User: admin | Page 2 of 2 |
| --- | --- | --- |
| Date Rcvd: May 08, 2023 | Form ID: 173 | Total Noticed: 1 |

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7