| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>ROMANO GARUBO & ARGENTIERI<br>Emmanuel J. Argentieri, Esquire<br>52 Newton Avenue, P.O. Box 456<br>Woodbury, New Jersey 08096<br>(856) 384-1515<br>Attorney for Secured Creditor,<br>Citigroup Mortgage Loan Trust 2021-RP6 | |
| Jennifer M. Rathgeb<br><br>xxx-xx-8300<br><br>                Debtor. | Case No.:    21-15897<br>Chapter:     13<br>Judge:        JNP |

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled         ☐ Withdrawn

Matter:

The secured creditor has settled the creditor's certification of default, Document Number 40, filed on April 24, 2023. A proposed Order shall be forwarded to Chambers shortly_____

_____

_____

Date:_July 10, 2023_____        By    : /s/EMMANUEL J. ARGENTIERI
                                                                                    EMMANUEL J. ARGENTIERI

*rev.8/1/15*