| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>LAW OFFICES OF LEE M. PERLMAN<br>Lee M. Perlman, Esquire<br>Attorneys for Debtor<br>1926 Greentree Road, Suite 100<br>Cherry Hill, NJ  08003<br>856-751-4224 | Case No.: <u>21-15897 JNP</u><br><br>Chapter: <u>    13    </u> |
| In Re:<br>Jennifer Rathgeb | Judge: <u>JNP          </u> |

### CERTIFICATION OF SERVICE

1. I, Aubrey Domico:

   _____ represent the debtor in the above captioned matter.

   <u>  X  </u> am the secretary / paralegal for <u>   Lee M. Perlman</u>, who represents the debtor(s) in the above captioned matter.

   _____ Am the _____ in the above captioned matter and am representing myself.

2. On <u>    04/18/2024        </u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: <u>Modified Chapter 13 Plan         </u>
<u>                                                                                               </u>.

3. I hereby certify under penalty of perjury that the above listed documents were sent using the mode of service indicated.


Dated: <u>04/18/2024           </u>                              <u>   /s/ Aubrey Domico     </u>

| Name and Address of Party Served | Relationship of Party in the Case | Mode of Service |
|---|---|---|
| Andrew B Finberg ,<br>Office of the Chapter 13 Standing Truste,<br>535 Route 38,Suite 580,<br>Cherry Hill, NJ 08002 | Chapter 13 Trustee | Notice of Electronic Filing (NEF) |
| United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ  07102 | US Trustee | Notice of Electronic Filing (NEF) |
| Attn: President, Registered Agent or person designated to receive service of process<br>Capital One ,<br>Attn: Bankruptcy,<br>Po Box 30253,<br>Salt Lake City, UT 84130<br><br>Citibank ,<br>Citicorp Credit/Centralized Bankruptcy,<br>PO Box 790040,<br>Saint Louis, MO 63179<br><br>Citigroup Mortgage Loan Trust 2021-RP6 ,<br>c/o Rushmore Loan Management Services,<br>P.O. Box 52708,<br>Irvine, CA 92619-2708<br><br>Citigroup Mortgage Loan Trust 2021-RP6 ,<br>c/o Rushmore Servicing,<br>P.O. Box 619094,<br>Dallas, TX 75261-9741<br><br>Credit Collection Services ,<br>Attn: Bankruptcy,<br>725 Canton St,<br>Norwood, MA 02062<br><br>Credit One Bank ,<br>PO Box 98872,<br>Las Vegas, NV 89193<br><br>,FirstKey Master Funding 2021-A Coll Trst ,<br>c/o Select Portfolio Servicing, Inc.,<br>P.O. Box 65250, | Creditor | ___ Hand delivered<br> X  Regular mail<br>___ Certified mail/RR<br>___ E-mail<br>___ Notice of Electronic Filing (NEF)<br>___ Other _____<br>     (as authorized by the court*) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

| | | |
|---|---|---|
| Salt Lake City, UT 84165<br><br>Gary Davis ,<br>306 Anna Avenue,<br>Maple Shade, NJ 08052<br><br>KeyBank N.A.,<br> as S/B/M to First Niagara Bank,<br>4910 Tiedeman Road,<br>Brooklyn, OH 44144<br><br>LVNV Funding LLC ,<br>Resurgent Capital Services,<br>PO Box 10587,<br>Greenville, SC 29603-0587<br><br>,LVNV Funding/Resurgent Capital ,<br>Attn: Bankruptcy,<br>Po Box 10497,<br>Greenville, SC 29603<br><br>Midland Credit Management, Inc.,<br>1037 Raymond Blvd, Ste 710,<br>Newark, NJ 07102<br><br>Midland Funding ,<br>Attn: Bankruptcy,<br>Po Box 939069,<br>San Diego, CA 92193<br><br>Mr. Cooper ,<br>Attn: Bankruptcy,<br>8950 Cypress Waters Blvd,<br>Coppell, TX 75019<br><br>Nationstar Mortgage LLC d/b/a Mr. Cooper ,<br>P.O. Box 619096,<br>Dallas, TX 75261-9741<br><br>PNC Bank ,<br>Attn: Bankruptcy,<br>Po Box 94982: Mailstop Br-Yb58-01-5,<br>Cleveland, OH 44101<br><br>Pressler, Felt & Warshaw, LLC ,<br>7 Entin Road,<br>Parsippany, NJ 07054<br><br>Quantum3 Group LLC as agent for ,<br>Credit Corp Solutions Inc, | | |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

| | | |
|---|---|---|
| PO Box 788,<br>Kirkland, WA  98083-0788<br><br>Synchrony Bank ,<br>c/o of PRA Receivables Management, LLC,<br>PO Box 41021,<br>Norfolk, VA 23541<br><br>Synchrony Bank/Care Credit ,<br>Attn: Bankruptcy,<br>Po Box 103104,<br>Roswell, GA 30076<br><br>U.S. Bank National Association ,<br>Attn:  Parker McCay, P.A.,<br>PO Box 5054,<br>Mount Laurel, NJ 08054 | | |
| | Creditor | ___ Hand delivered<br> X  Regular mail<br>___ Certified mail/RR<br>___ E-mail<br>___ Notice of Electronic Filing (NEF)<br>___ Other _____<br>(as authorized by the court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.