Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 21−15897−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jennifer M. Rathgeb
   306 Anna Avenue
   Maple Shade, NJ 08052

Social Security No.:
   xxx−xx−8300

Employer's Tax I.D. No.:

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on December 15, 2021.

On 4/18/2024 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date: June 5, 2024
Time: 10:00 AM
Location: 4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: April 19, 2024
JAN: jgd

                                            Jeanne Naughton
                                            Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                      Case No. 21-15897-JNP
Jennifer M. Rathgeb                                                                                          Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Apr 19, 2024 | Form ID: 185 | Total Noticed: 29 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jennifer M. Rathgeb, 306 Anna Avenue, Maple Shade, NJ 08052-3203 |
| 519267381 | + | Gary Davis, 306 Anna Avenue, Maple Shade, NJ 08052-3203 |
| 519267382 | + | Keybank/usb Cc, Attn: Bankruptcy, 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 519267384 | + | Midland Credit Management, Inc., 1037 Raymond Blvd, Ste 710, Newark, NJ 07102-5423 |
| 519267837 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519267391 | + | U.S. Bank National Association, Attn: Parker McCay, P.A., PO Box 5054, Mount Laurel, NJ 08054-5054 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 19 2024 20:56:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 19 2024 20:56:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 19 2024 21:31:20 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519267376 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 19 2024 20:58:55 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 519267377 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 19 2024 20:59:05 | Citibank, Citicorp Credit/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 520111001 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 19 2024 20:54:00 | Citigroup Mortgage Loan Trust 2021-RP6, c/o Rushmore Servicing, P.O. Box 619094, Dallas, TX 75261-9741, Citigroup Mortgage Loan Trust 2021-RP6, c/o Rushmore Servicing 75261-9094 |
| 519552331 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 19 2024 20:54:00 | Citigroup Mortgage Loan Trust 2021-RP6, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708, Citigroup Mortgage Loan Trust 2021-RP6, c/o Rushmore Loan Management Services 92619-2708 |
| 519552330 | | Email/Text: nsm_bk_notices@mrcooper.com | Apr 19 2024 20:54:00 | Citigroup Mortgage Loan Trust 2021-RP6, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |
| 520111000 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 19 2024 20:54:00 | Citigroup Mortgage Loan Trust 2021-RP6, c/o Rushmore Servicing, P.O. Box 619094, Dallas, TX 75261-9094 |
| 519267378 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Apr 19 2024 20:56:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 519267379 | + | Email/PDF: creditonebknotifications@resurgent.com | | |

Case 21-15897-JNP    Doc 59    Filed 04/21/24    Entered 04/22/24 00:17:01    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 19, 2024 | Form ID: 185 | Total Noticed: 29 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Apr 19 2024 20:59:06 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 519267380 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 19 2024 20:57:00 | FirstKey Master Funding 2021-A Coll Trst, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 519289026 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 19 2024 20:57:00 | FirstKey Master Funding 2021-A Collateral Trust, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 519301066 | ^ | MEBN | Apr 19 2024 20:47:44 | KeyBank N.A., as S/B/M to First Niagara Bank, NA, 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 519318839 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 19 2024 21:09:26 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519267383 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 19 2024 20:58:32 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 519267385 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 19 2024 20:56:00 | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 519267386 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 19 2024 20:54:00 | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 519280869 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 19 2024 20:54:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 519267387 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 19 2024 20:54:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 519267388 | | Email/Text: signed.order@pfwattorneys.com | Apr 19 2024 20:54:00 | Pressler, Felt & Warshaw, LLC, 7 Entin Road, Parsippany, NJ 07054 |
| 519269296 | | Email/Text: bnc-quantum@quantum3group.com | Apr 19 2024 20:56:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519267390 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 19 2024 21:09:28 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519267389 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, Pressler, Felt & Warshaw, LLC, 7 Entin Road, Parsippany, NJ 07054 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 21, 2024          Signature:     /s/Gustava Winters

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: Apr 19, 2024 | Form ID: 185 | Total Noticed: 29

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 19, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com |
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Andrew M. Lubin | on behalf of Creditor FirstKey Master Funding 2021-A Collateral Trust nj-ecfmail@mwc-law.com  alubin@milsteadlaw.com |
| Denise E. Carlon | on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Emmanuel J. Argentieri | on behalf of Creditor Citigroup Mortgage Loan Trust 2021-RP6 bk@rgalegal.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Lee Martin Perlman | on behalf of Debtor Jennifer M. Rathgeb ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8