Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 21−15897−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jennifer M. Rathgeb
   306 Anna Avenue
   Maple Shade, NJ 08052

Social Security No.:
   xxx−xx−8300

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on June 6, 2024.


Dated: June 6, 2024
JAN: cm

                                                        Jeanne Naughton
                                                        Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-15897-JNP |
| Jennifer M. Rathgeb | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 06, 2024 | Form ID: plncf13 | Total Noticed: 29 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jennifer M. Rathgeb, 306 Anna Avenue, Maple Shade, NJ 08052-3203 |
| 519267381 | + | Gary Davis, 306 Anna Avenue, Maple Shade, NJ 08052-3203 |
| 519267382 | + | Keybank/usb Cc, Attn: Bankruptcy, 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 519267384 | + | Midland Credit Management, Inc., 1037 Raymond Blvd, Ste 710, Newark, NJ 07102-5423 |
| 519267837 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519267391 | + | U.S. Bank National Association, Attn: Parker McCay, P.A., PO Box 5054, Mount Laurel, NJ 08054-5054 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 06 2024 20:53:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 06 2024 20:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 06 2024 21:27:20 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519267376 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 06 2024 21:14:23 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 519267377 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 06 2024 21:13:56 | Citibank, Citicorp Credit/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 520111001 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 06 2024 20:51:00 | Citigroup Mortgage Loan Trust 2021-RP6, c/o Rushmore Servicing, P.O. Box 619094, Dallas, TX 75261-9741, Citigroup Mortgage Loan Trust 2021-RP6, c/o Rushmore Servicing 75261-9094 |
| 519552331 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 06 2024 20:51:00 | Citigroup Mortgage Loan Trust 2021-RP6, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708, Citigroup Mortgage Loan Trust 2021-RP6, c/o Rushmore Loan Management Services 92619-2708 |
| 519552330 | | Email/Text: nsm_bk_notices@mrcooper.com | Jun 06 2024 20:51:00 | Citigroup Mortgage Loan Trust 2021-RP6, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |
| 520111000 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 06 2024 20:51:00 | Citigroup Mortgage Loan Trust 2021-RP6, c/o Rushmore Servicing, P.O. Box 619094, Dallas, TX 75261-9094 |
| 519267378 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jun 06 2024 20:53:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 519267379 | + | Email/PDF: creditonebknotifications@resurgent.com | | |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 06, 2024 | Form ID: plncf13 | Total Noticed: 29 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jun 06 2024 21:00:54 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 519267380 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Jun 06 2024 20:53:00 | | FirstKey Master Funding 2021-A Coll Trst, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 519289026 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Jun 06 2024 20:53:00 | | FirstKey Master Funding 2021-A Collateral Trust, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 519301066 | ^ | MEBN | Jun 06 2024 20:51:34 | KeyBank N.A., as S/B/M to First Niagara Bank, NA, 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 519318839 | | Email/PDF: resurgentbknotifications@resurgent.com Jun 06 2024 21:01:29 | | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519267383 | + | Email/PDF: resurgentbknotifications@resurgent.com Jun 06 2024 21:01:26 | | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 519267385 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 06 2024 20:52:00 | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 519267386 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 06 2024 20:51:00 | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 519280869 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 06 2024 20:51:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 519267387 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 06 2024 20:51:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 519267388 | | Email/Text: signed.order@pfwattorneys.com | Jun 06 2024 20:51:00 | Pressler, Felt & Warshaw, LLC, 7 Entin Road, Parsippany, NJ 07054 |
| 519269296 | | Email/Text: bnc-quantum@quantum3group.com | Jun 06 2024 20:52:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519267837 | ^ | MEBN | Jun 06 2024 20:52:37 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519267390 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 06 2024 21:14:18 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519267389 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, Pressler, Felt & Warshaw, LLC, 7 Entin Road, Parsippany, NJ 07054 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: Jun 06, 2024 | Form ID: plncf13 | Total Noticed: 29

Date: Jun 08, 2024         Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2024 at the address(es) listed below:**

**Name** | **Email Address**

Andrew B Finberg
on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us

Andrew B Finberg
ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us

Andrew M. Lubin
on behalf of Creditor FirstKey Master Funding 2021-A Collateral Trust nj-ecfmail@mwc-law.com alubin@milsteadlaw.com

Denise E. Carlon
on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Emmanuel J. Argentieri
on behalf of Creditor Citigroup Mortgage Loan Trust 2021-RP6 bk@rgalegal.com

Isabel C. Balboa
on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Lee Martin Perlman
on behalf of Debtor Jennifer M. Rathgeb ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8