Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 21–15897–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Jennifer M. Rathgeb
306 Anna Avenue
Maple Shade, NJ 08052

Social Security No.:
xxx–xx–8300

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:             November 26, 2024
Time:             11:00 AM
Location:    4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*65* – Certification in Opposition to (related document:64 Creditor's Certification of Default (related document:31 Motion for Relief from Stay re: 306 Anna Avenue, Maple Shade NJ. Fee Amount $ 188. filed by Creditor Citigroup Mortgage Loan Trust 2021–RP6, 37 Order on Motion For Relief From Stay) filed by Emmanuel J. Argentieri on behalf of Citigroup Mortgage Loan Trust 2021–RP6. Objection deadline is 10/29/2024. (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Certificate of Service) filed by Creditor Citigroup Mortgage Loan Trust 2021–RP6) filed by Lee Martin Perlman on behalf of Jennifer M. Rathgeb. (Perlman, Lee)

and transact such other business as may properly come before the meeting.


Dated: October 30, 2024
JAN: kvr

                                        Jeanne Naughton
                                        Clerk