Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  21−15897−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Jennifer M. Rathgeb
    306 Anna Avenue
    Maple Shade, NJ 08052
Social Security No.:
    xxx−xx−8300
Employer's Tax I.D. No.:

---

### NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:                June 20, 2025
Time:                10:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*71* – Certification in Opposition to (related document:70 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Andrew B Finberg. Objection deadline is 05/27/2025. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Andrew B Finberg) filed by Lee Martin Perlman on behalf of Jennifer M. Rathgeb. (Perlman, Lee)

and transact such other business as may properly come before the meeting.

Dated: May 20, 2025
JAN: kvr

Jeanne Naughton
Clerk