Form 173 − hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  21−15897−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jennifer M. Rathgeb
   306 Anna Avenue
   Maple Shade, NJ 08052

Social Security No.:
   xxx−xx−8300

Employer's Tax I.D. No.:

## NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:             June 20, 2025
Time:             10:00 AM
Location:         4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*71* − Certification in Opposition to (related document:70 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Andrew B Finberg. Objection deadline is 05/27/2025. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Andrew B Finberg) filed by Lee Martin Perlman on behalf of Jennifer M. Rathgeb. (Perlman, Lee)

and transact such other business as may properly come before the meeting.

Dated: May 20, 2025
JAN: kvr

                                          Jeanne Naughton
                                          Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                          Case No. 21-15897-JNP
Jennifer M. Rathgeb                                                                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                      User: admin                      Page 1 of 2
Date Rcvd: May 20, 2025            Form ID: 173                   Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jennifer M. Rathgeb, 306 Anna Avenue, Maple Shade, NJ 08052-3203 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2025                                      Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew M. Lubin | on behalf of Creditor FirstKey Master Funding 2021-A Collateral Trust nj-ecfmail@mwc-law.com alubin@milsteadlaw.com |
| Denise E. Carlon | on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Emmanuel J. Argentieri | on behalf of Creditor Citigroup Mortgage Loan Trust 2021-RP6 bk@rgalegal.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 20, 2025 | Form ID: 173 | Total Noticed: 1 |

Lee Martin Perlman  on behalf of Debtor Jennifer M. Rathgeb ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

U.S. Trustee  USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8