| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>ROMANO GARUBO & ARGENTIERI<br>Emmanuel J. Argentieri, Esquire<br>52 Newton Avenue, P.O. Box 456<br>Woodbury, New Jersey 08096<br>(856) 384-1515<br>Attorney for Secured Creditor,<br>Citigroup Mortgage Loan Trust 2021-RP6 | Order Filed on October 8, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| Jennifer M. Rathgeb<br>xxx-xx-8300<br><br>                Debtor. | Case No.:     21-15897<br>Chapter:       13<br>Judge:          JNP |

# ORDER RESOLVING RELIEF APPLICATION
# SUBMITTED UNDER THE 7-DAY RULE

The relief set forth on the following pages numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: October 8, 2025**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)
Debtor:   Jennifer M. Rathgeb
Case No:  21-15897/JNP
Caption of Order: ORDER RESOLVING MOTION FOR RELIEF FROM THE AUTOMATIC STAY SUBMITTED UNDER THE 7-DAY RULE

Upon consideration of ("Movant") Citigroup Mortgage Loan Trust 2021-RP6's application for an order, pursuant to section 362(d) of the Bankruptcy Code, for relief from the automatic stay as to certain real property as hereinafter set forth; and the Debtor having filed opposition thereto; and the parties having subsequently resolved their differences; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for cause shown, it is hereby;

**ORDERED** as follows:

1. Debtor's post-petition mortgage account is outstanding in the amount of $5,335.79 through September 1, 2023 (2 post-petition payments at $1,249.47 each, plus 3 post-petition payments at $1,149.10 each, less suspense balance of $610.45).

2. Debtor shall cure the aforesaid arrearages over six (6) months. Commencing with the October 1, 2025 post-petition payment and continuing each month thereafter through and including March 1, 2026, Debtor shall remit regular monthly mortgage payments, plus 1/6 of the aforesaid arrearages ($889.30).

3. Commencing with the April 1, 2026 post-petition mortgage installment payment and continuing each month thereafter for the duration of this Chapter 13 proceeding, Debtor shall remit payments directly to Movant as same come due.

**(Page 3)**
Debtor:   Jennifer M. Rathgeb
Case No:  21-15897/JNP
Caption of Order: ORDER RESOLVING MOTION FOR RELIEF FROM THE AUTOMATIC STAY SUBMITTED UNDER THE 7-DAY RULE

---

4. Debtor shall reimburse Movant through her Chapter 13 Plan of Reorganization as an administrative claim the sum of $325.00 for attorney's fees and costs incurred by Movant.

5. **Thirty-Day Default Clause:** If the Debtor should default and fail to make the payments stated herein or any future payments that come due during the pendency of this case to Movant, its successors and/or assigns, for more than (30) days from the due date, then upon certification of non-receipt of said payments in accordance herewith submitted by secured creditor's counsel, the Court shall enter an Order, vacating the automatic stay of 11 *U.S.C.* §362(a) with respect to secured creditor's enforcement of its State Law Foreclosure action against the realty commonly known as 306 Anna Avenue, Maple Shade, New Jersey 08052. The order submitted to the Court will not require the consent of the debtor or the debtor's counsel regarding form or substance, however, the trustee, debtor and her counsel shall be given notice of any filing of a certification of non-receipt in accordance with Rule 9072-1 of the Local Rules of Bankruptcy Procedure.

6. Movant shall serve a copy of the executed order, via regular mail, on all interested parties who have not yet been served electronically by the Court.