UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICES OF LEE M. PERLMAN
Lee M. Perlman, Esquire
Attorneys for Debtor
1926 Greentree Road, Suite 100
Cherry Hill, NJ  08003
856-751-4224

In Re:

     Jennifer Rathgeb

| | |
|---|---|
| Case No.: | 21-15897 JNP |
| Chapter: | 13 |
| Hearing Date: | 1/16/2026 |
| Judge: | Poslusny |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor(s) in this case opposes the following (choose one):

1. [ ] Motion for Relief from the Automatic Stay filed by _____,
creditor,
A hearing has been scheduled for _____, at _____.

[X] Motion to Dismiss filed by the Chapter 13 Trustee.
A hearing has been scheduled for _____January 16, 2026_____, at 10:00 AM.

[ ] Certification of Default filed by _____.
I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons (choose one):

[ ] Payments have been made in the amount of $_____, but have not been
accounted for.  Documentation in support is attached.

[ ] Payments have not been made for the following reasons and debtor proposes
repayment as follows (explain your answer):

[X] Other (explain your answer): I got approved for a loan modification which I anticipate shall
reduce the trustee payments I owe.

3.      This certification is being made in an effort to resolve the issues raised in the certification of
        default or motion.

4.      I certify under penalty of perjury that the above is true.


Date:   1/07/2026                              /s/ Jennifer Rathgeb
                                               Debtor's Signature