UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CAMDEN DIVISION

IN RE:                                                             CASE NO.: 21-15897
                                                                                                     CHAPTER 13

**Jennifer M. Rathgeb,**
   **Debtor.**

_____/

### REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of FirstKey Master Funding 2021-A Collateral Trust ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

                                       Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                       Attorney for Secured Creditor
                                       130 Clinton Rd #202
                                       Fairfield, NJ 07004
                                       Telephone: 470-321-7112
                                       Facsimile: 404-393-1425

                                       By: /s/Vincent Aprile
                                             Vincent Aprile
                                             Email: vaprile@raslg.com

**CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY** that on January 21, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

JENNIFER M. RATHGEB
306 ANNA AVENUE
MAPLE SHADE, NJ 08052

And via electronic mail to:

LEE MARTIN PERLMAN
LEE M. PERLMAN
1926 GREENTREE ROAD, SUITE 100
CHERRY HILL, NJ 08003

ANDREW B FINBERG
OFFICE OF THE CHAPTER 13 STANDING TRUSTEE, 535 ROUTE 38, SUITE 580
CHERRY HILL, NJ 08002

U.S. TRUSTEE
US DEPT OF JUSTICE, OFFICE OF THE US TRUSTEE, ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

                                            By: /s/ Angela Zuelke