UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICES OF LEE M. PERLMAN
Lee M. Perlman, Esquire
Attorneys for Debtor
1926 Greentree Road, Suite 100
Cherry Hill, NJ  08003
856-751-4224

In Re:
Jennifer Rathgeb

Case No.: 21-15897 JNP

Chapter: _____13_____

Hearing Date: 03/17/2026

Judge: _____Poslusny_____

**CERTIFICATION OF SERVICE**

1. I, Michael Klein:

   _____  represent the debtor in the above captioned matter.

   ___X___ am the secretary / paralegal for Lee M. Perlman, who represents the debtor in the above captioned matter.

   _____ Am the _____ in the above captioned matter and am representing myself.

2. On ____02/19/2026____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: Filed Motion to Approve Lien Modification.

3. I hereby certify under penalty of perjury that the above listed documents were sent using the mode of service indicated.


Dated: 02/19/2026_____            ____/s/ Michael Klein_____

| Name and Address of Party Served | Relationship of Party in the Case | Mode of Service |
|---|---|---|
| Andrew B. Finberg<br>535 Route 38, Suite 580<br>Cherry Hill, NJ 08002 | Chapter 13 Trustee | Notice of Electronic Filing (NEF) |
| United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ  07102 | US Trustee | Notice of Electronic Filing (NEF) |
| Attn: President, Registered Agent or person designated to receive service of process<br><br>SYNCHRONY BANK CO PRA RECEIVABLES MANAGEMEN<br>PO BOX 41021<br>NORFOLK VA 23541-1021<br><br>CAPITAL ONE<br>ATTN BANKRUPTCY<br>PO BOX 30253<br>SALT LAKE CITY UT 84130-0253<br><br>CITIBANK<br>CITICORP CREDITCENTRALIZED BANKRUPTCY<br>PO BOX 790040<br>SAINT LOUIS MO 63179-0040<br><br>CITIGROUP MORTGAGE LOAN TRUST 2021RP6<br>CO RUSHMORE LOAN MANAGEMENT SERVICES<br>PO BOX 52708<br>IRVINE CA 92619-2708<br><br>CITIGROUP MORTGAGE LOAN TRUST 2021RP6<br>CO RUSHMORE LOAN MANAGEMENT SERVICES<br>PO BOX 52708<br>IRVINE CA 92619-2708 | Creditor | __ Hand delivered<br> X  Regular mail<br>__ Certified mail/RR<br>__ E-mail<br>__ Notice of Electronic Filing (NEF)<br>__ Other _____<br>(as authorized by the court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

CITIGROUP MORTGAGE LOAN TRUST
2021RP6
CO RUSHMORE SERVICING
PO BOX 619094
DALLAS TX 75261-9094


CITIGROUP MORTGAGE LOAN TRUST
2021RP6
CO RUSHMORE SERVICING
PO BOX 619094
DALLAS TX 75261-9741


CREDIT COLLECTION SERVICES
ATTN BANKRUPTCY
725 CANTON ST
NORWOOD MA 02062-2679


CREDIT ONE BANK
PO BOX 98872
LAS VEGAS NV 89193-8872


FIRSTKEY MASTER FUNDING 2021A COLL
TRST
CO SELECT PORTFOLIO SERVICING INC
PO BOX 65250
SALT LAKE CITY UT 84165-0250


FIRSTKEY MASTER FUNDING 2021A
COLLATERAL TR
ROBERTSON ANSCHUTZ SCHNEID CRANE PL
13010 MORRIS RD SUITE 450
ALPHARETTA GA 30004-2001


FIRSTKEY MASTER FUNDING 2021A
COLLATERAL TR
CO SELECT PORTFOLIO SERVICING INC
PO BOX 65250
SALT LAKE CITY UT 84165-0250


GARY DAVIS
306 ANNA AVENUE
MAPLE SHADE NJ 08052-3203


KEYBANK NA AS SBM TO FIRST NIAGARA
BANK
4910 TIEDEMAN ROAD
BROOKLYN OH 44144-2338

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

KEYBANKUSB CC
ATTN BANKRUPTCY
4910 TIEDEMAN ROAD
BROOKLYN OH 44144-2338

LVNV FUNDING LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

LVNV FUNDINGRESURGENT CAPITAL
ATTN BANKRUPTCY
PO BOX 10497
GREENVILLE SC 29603-0497

MIDLAND CREDIT MANAGEMENT INC
1037 RAYMOND BLVD STE 710
NEWARK NJ 07102-5423

MIDLAND FUNDING
ATTN BANKRUPTCY
PO BOX 939069
SAN DIEGO CA 92193-9069

MR COOPER
ATTN BANKRUPTCY
8950 CYPRESS WATERS BLVD
COPPELL TX 75019-4620

NATIONSTAR MORTGAGE LLC DBA MR
COOPER
PO BOX 619096
DALLAS TX 75261-9096

(P)PNC BANK RETAIL LENDING
P O BOX 94982
CLEVELAND OH 44101-4982

(P)PRESSLER FELT WARSHAW LLP
7 ENTIN RD
PARSIPPANY NJ 07054-5020

QUANTUM3 GROUP LLC AS AGENT FOR
CREDIT CORP SOLUTIONS INC
PO BOX 788
KIRKLAND WA 98083-0788

* May account for service by fax or other means as authorized by the court through the issuance of an
Order Shortening Time.

SYNCHRONY BANK
CO OF PRA RECEIVABLES MANAGEMENT LLC
PO BOX 41021
NORFOLK VA 23541-1021

SYNCHRONY BANKCARE CREDIT
ATTN BANKRUPTCY
PO BOX 103104
ROSWELL GA 30076-9104

US BANK NATIONAL ASSOCIATION
ATTN PARKER MCCAY PA
PO BOX 5054
MOUNT LAUREL NJ 08054-5054

US TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK NJ 07102-5235

JENNIFER M RATHGEB
306 ANNA AVENUE
MAPLE SHADE NJ 08052-3203

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.