UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICES OF LEE M. PERLMAN
Lee M. Perlman, Esquire
Attorneys for Debtor
1926 Greentree Road, Suite 100
Cherry Hill, NJ  08003
856-751-4224

In Re:
Jennifer Rathgeb

| | |
|---|---|
| Case No.: | 21-15897 JNP |
| Chapter: | 13 |
| Hearing Date: | |
| Judge: | Poslusny |

## NOTICE OF MOTION TO APPROVE LOAN MODIFICATION AGREEMENT

Jennifer Rathgeb, debtor in the captioned bankruptcy case, through the undersigned counsel, has filed papers with the court requesting that an order be entered approving loan modification.

**YOUR RIGHTS MAY BE AFFECTED.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought, or if you want the court to consider your views, you or your attorney must file with the clerk, at the address listed below, a written response explaining your position no later than 03/05/2026.

In the event an objection is timely filed, a hearing thereon will be held as follows:

| | |
|---|---|
| Hearing Date: | |
| Hearing Time: | |
| Location: | Mitchell H. Cohen U.S. Courthouse |
| | 400 Cooper Street, 4th Floor |
| | Camden, NJ  08101 |
| | Courtroom 4C |

If you mail your response to the clerk for filing, you must mail it early enough so the court will receive it on or before 03/05/2026.  You must also mail a copy to

Lee M. Perlman, Esquire
1926 Greentree Road, Suite 100
Cherry Hill, NJ  08003

Andrew B. Finberg
Standing Chapter 13 Trustee
535 Route 38, Suite 580
Cherry Hill, NJ 08002

If you or your attorney do not take the steps outlined above, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

LAW OFFICES OF LEE M. PERLMAN
Attorneys for Debtor

02/19/2026
Date

By: /s/ Lee M. Perlman
Lee M. Perlman, Esquire