UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICES OF LEE M. PERLMAN
Lee M. Perlman, Esquire
Attorneys for Debtor
1926 Greentree Road, Suite 100
Cherry Hill, NJ  08003
856-751-4224

In Re:
Jennifer Rathgeb

Case No.:  21-15897 JNP

Chapter:      13

Hearing Date:

Judge:      Poslusny

## CERTIFICATION OF SERVICE

1. I, Michael Klein:

   _____   represent the debtor in the above captioned matter.

   ___X___ am the secretary / paralegal for Lee M. Perlman, who represents the debtor in the above captioned matter.

   _____ Am the _____ in the above captioned matter and am representing myself.

2. On ____02/24/2026____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: Filed Notice of Motion to Approve Lien Modification.

3. I hereby certify under penalty of perjury that the above listed documents were sent using the mode of service indicated.


Dated: 02/24/2026                    /s/ Michael Klein

| Name and Address of Party Served | Relationship of Party in the Case | Mode of Service |
|---|---|---|
| Andrew B. Finberg<br>535 Route 38, Suite 580<br>Cherry Hill, NJ 08002 | Chapter 13 Trustee | Notice of Electronic Filing (NEF) |
| United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ  07102 | US Trustee | Notice of Electronic Filing (NEF) |
| Attn: President, Registered Agent or person designated to receive service of process<br><br>SYNCHRONY BANK CO PRA RECEIVABLES MANAGEMEN<br><br>PO BOX 41021<br>NORFOLK VA 23541-1021<br><br>EXCLUDE<br>US BANKRUPTCY COURT<br>401 MARKET STREET<br>CAMDEN NJ 08102-1568<br><br>CAPITAL ONE<br>ATTN BANKRUPTCY<br>PO BOX 30253<br>SALT LAKE CITY UT 84130-0253<br><br>CITIBANK<br>CITICORP CREDITCENTRALIZED BANKRUPTCY<br>PO BOX 790040<br>SAINT LOUIS MO 63179-0040<br><br>CITIGROUP MORTGAGE LOAN TRUST 2021RP6<br>CO RUSHMORE LOAN MANAGEMENT SERVICES<br>PO BOX 52708<br>IRVINE CA 92619-2708 | Creditor | __ Hand delivered<br> X  Regular mail<br>__ Certified mail/RR<br>__ E-mail<br>__ Notice of Electronic Filing (NEF)<br>__ Other _____<br>(as authorized by the court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

CITIGROUP MORTGAGE LOAN TRUST
2021RP6
CO RUSHMORE LOAN MANAGEMENT
SERVICES
PO BOX 52708
IRVINE CA 92619-2708

CITIGROUP MORTGAGE LOAN TRUST 2021-
RP6
CO RUSHMORE LOAN MANAGEMENT
SERVICES 92619-2708

CITIGROUP MORTGAGE LOAN TRUST
2021RP6
CO RUSHMORE SERVICING
PO BOX 619094
DALLAS TX 75261-9094

CITIGROUP MORTGAGE LOAN TRUST
2021RP6
CO RUSHMORE SERVICING
PO BOX 619094
DALLAS TX 75261-9741
CITIGROUP MORTGAGE LOAN TRUST 2021-
RP6
CO RUSHMORE SERVICING 75261-9094

CREDIT COLLECTION SERVICES
ATTN BANKRUPTCY
725 CANTON ST
NORWOOD MA 02062-2679

CREDIT ONE BANK
PO BOX 98872
LAS VEGAS NV 89193-8872

FIRSTKEY MASTER FUNDING 2021A COLL
TRST
CO SELECT PORTFOLIO SERVICING INC
PO BOX 65250
SALT LAKE CITY UT 84165-0250

FIRSTKEY MASTER FUNDING 2021A
COLLATERAL TR
ROBERTSON ANSCHUTZ SCHNEID CRANE PL
13010 MORRIS RD SUITE 450
ALPHARETTA GA 30004-2001

* May account for service by fax or other means as authorized by the court through the issuance of an
Order Shortening Time.

| | | |
|---|---|---|
| FIRSTKEY MASTER FUNDING 2021A<br>COLLATERAL TR<br>CO SELECT PORTFOLIO SERVICING INC<br>PO BOX 65250<br>SALT LAKE CITY UT 84165-0250 | | |
| GARY DAVIS<br>306 ANNA AVENUE<br>MAPLE SHADE NJ 08052-3203 | | |
| KEYBANK NA AS SBM TO FIRST NIAGARA<br>BANK<br>4910 TIEDEMAN ROAD<br>BROOKLYN OH 44144-2338 | | |
| KEYBANKUSB CC<br>ATTN BANKRUPTCY<br>4910 TIEDEMAN ROAD<br>BROOKLYN OH 44144-2338 | | |
| LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | | |
| LVNV FUNDINGRESURGENT CAPITAL<br>ATTN BANKRUPTCY<br>PO BOX 10497<br>GREENVILLE SC 29603-0497 | | |
| MIDLAND CREDIT MANAGEMENT INC<br>1037 RAYMOND BLVD STE 710<br>NEWARK NJ 07102-5423 | | |
| MIDLAND FUNDING<br>ATTN BANKRUPTCY<br>PO BOX 939069<br>SAN DIEGO CA 92193-9069 | | |
| MR COOPER<br>ATTN BANKRUPTCY<br>8950 CYPRESS WATERS BLVD<br>COPPELL TX 75019-4620 | | |
| NATIONSTAR MORTGAGE LLC DBA MR<br>COOPER<br>PO BOX 619096<br>DALLAS TX 75261-9096 | | |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

| | | |
|---|---|---|
| (P)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982<br><br>(P)PRESSLER FELT WARSHAW LLP<br>7 ENTIN RD<br>PARSIPPANY NJ 07054-5020<br><br>QUANTUM3 GROUP LLC AS AGENT FOR<br>CREDIT CORP SOLUTIONS INC<br>PO BOX 788<br>KIRKLAND WA 98083-0788<br><br>SYNCHRONY BANK<br>CO OF PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021<br><br>SYNCHRONY BANKCARE CREDIT<br>ATTN BANKRUPTCY<br>PO BOX 103104<br>ROSWELL GA 30076-9104<br><br>US BANK NATIONAL ASSOCIATION<br>ATTN PARKER MCCAY PA<br>PO BOX 5054<br>MOUNT LAUREL NJ 08054-5054<br><br>US TRUSTEE<br>US DEPT OF JUSTICE<br>OFFICE OF THE US TRUSTEE<br>ONE NEWARK CENTER STE 2100<br>NEWARK NJ 07102-5235<br><br>JENNIFER M RATHGEB<br>306 ANNA AVENUE<br>MAPLE SHADE NJ 08052-3203 | | |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.