Form 148 − ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  21−15897−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Jennifer M. Rathgeb
    306 Anna Avenue
    Maple Shade, NJ 08052

Social Security No.:
    xxx−xx−8300

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/20/26.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: March 20, 2026
JAN: kvr

                                    Jeanne Naughton
                                    Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                Case No. 21-15897-JNP

Jennifer M. Rathgeb                                   Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                        User: admin                                 Page 1 of 3

Date Rcvd: Mar 20, 2026                  Form ID: 148                            Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jennifer M. Rathgeb, 306 Anna Avenue, Maple Shade, NJ 08052-3203 |
| 519267381 | + | Gary Davis, 306 Anna Avenue, Maple Shade, NJ 08052-3203 |
| 519267391 | + | U.S. Bank National Association, Attn: Parker McCay, P.A., PO Box 5054, Mount Laurel, NJ 08054-5054 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 20 2026 21:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 20 2026 21:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: PRA.COM | Mar 21 2026 01:18:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519267376 | + | EDI: CAPITALONE.COM | Mar 21 2026 01:18:00 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 519267377 | + | EDI: CITICORP | Mar 21 2026 01:18:00 | Citibank, Citicorp Credit/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 520111001 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 20 2026 21:47:00 | Citigroup Mortgage Loan Trust 2021-RP6, c/o Rushmore Servicing, P.O. Box 619094, Dallas, TX 75261-9741, Citigroup Mortgage Loan Trust 2021-RP6, c/o Rushmore Servicing 75261-9094 |
| 519552331 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 20 2026 21:47:00 | Citigroup Mortgage Loan Trust 2021-RP6, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708, Citigroup Mortgage Loan Trust 2021-RP6, c/o Rushmore Loan Management Services 92619-2708 |
| 519552330 | | Email/Text: nsm_bk_notices@mrcooper.com | Mar 20 2026 21:47:00 | Citigroup Mortgage Loan Trust 2021-RP6, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |
| 520111000 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 20 2026 21:47:00 | Citigroup Mortgage Loan Trust 2021-RP6, c/o Rushmore Servicing, P.O. Box 619094, Dallas, TX 75261-9094 |
| 519267378 | + | EDI: CCS.COM | Mar 21 2026 01:18:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 519267379 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 20 2026 21:49:59 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 519267380 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 20 2026 21:48:00 | FirstKey Master Funding 2021-A Coll Trst, c/o |

District/off: 0312-1 | User: admin | Page 2 of 3
Date Rcvd: Mar 20, 2026 | Form ID: 148 | Total Noticed: 30

| Recip ID | Notice Type | Date/Time | Name and Address |
|---|---|---|---|
| | | | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 519289026 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 20 2026 21:48:00 | FirstKey Master Funding 2021-A Collateral Trust, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 520954974 | + Email/Text: RASEBN@raslg.com | Mar 20 2026 21:47:00 | FirstKey Master Funding 2021-A Collateral Trust, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 519301066 | ^ MEBN | Mar 20 2026 21:41:50 | KeyBank N.A., as S/B/M to First Niagara Bank, NA, 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 519267382 | ^ MEBN | Mar 20 2026 21:39:22 | Keybank/usb Cc, Attn: Bankruptcy, 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 519318839 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 20 2026 21:50:04 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519267383 | + Email/PDF: resurgentbknotifications@resurgent.com | Mar 20 2026 21:50:02 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 519267384 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 20 2026 21:48:00 | Midland Credit Management, Inc., 1037 Raymond Blvd, Ste 710, Newark, NJ 07102-5423 |
| 519267385 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 20 2026 21:48:00 | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 519267386 | + Email/Text: nsm_bk_notices@mrcooper.com | Mar 20 2026 21:47:00 | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 519280869 | + Email/Text: nsm_bk_notices@mrcooper.com | Mar 20 2026 21:47:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 519267387 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 20 2026 21:46:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 519267388 | Email/Text: signed.order@pfwattorneys.com | Mar 20 2026 21:46:00 | Pressler, Felt & Warshaw, LLC, 7 Entin Road, Parsippany, NJ 07054 |
| 519269296 | EDI: Q3G.COM | Mar 21 2026 01:18:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519267837 | + EDI: PRA.COM | Mar 21 2026 01:18:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519267390 | + EDI: SYNC | Mar 21 2026 01:18:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |

TOTAL: 27

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519267389 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, Pressler, Felt & Warshaw, LLC, 7 Entin Road, Parsippany, NJ 07054 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0312-1                     User: admin                                    Page 3 of 3

Date Rcvd: Mar 20, 2026                  Form ID: 148                                   Total Noticed: 30

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2026                       Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew M. Lubin | on behalf of Creditor FirstKey Master Funding 2021-A Collateral Trust nj-ecfmail@mwc-law.com  alubin@mwc-law.com |
| Emmanuel J. Argentieri | on behalf of Creditor Citigroup Mortgage Loan Trust 2021-RP6 bk@rgalegal.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Lee Martin Perlman | on behalf of Debtor Jennifer M. Rathgeb ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| Matthew K. Fissel | on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Vincent Alexander Aprile | on behalf of Creditor FirstKey Master Funding 2021-A Collateral Trust vaprile@raslg.com |

TOTAL: 9